# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

**CRIMINAL CASE: 4:22-CR-50-FL-KS-2**

**CHARLES PAGE**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**CHARLES PAGE** he/she shall be brought before the nearest Magistrate/Judge to answer an

\_\_\_\_ Indictment __X__ Superseding Indictment _____Criminal Information_____Complaint

\_\_\_\_\_ Order of Court: \_\_\_\_\_Violation Notice\_\_\_\_\_Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to distribute and possess with the intent to distribute methamphetamine, cocaine, cocaine base (crack), fentanyl and a quantity of marijuana
Count 11 - 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2: Possess with the intent to distribute a quantity of methamphetamine, a quantity of cocaine and a quantity of cocaine base (crack); and aiding and abetting
Count 12 - 21 U.S.C. § 856: Maintaining a place for the purposes of distributing controlled substances

Peter A. Moore, Jr.
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

MAY 15, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 5/16/2024 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 5/17/2024 | FBI SA James Byers | JAMES BYERS Digitally signed by JAMES BYERS Date: 2024.05.17 17:31:38 -04'00' |

**FILED**

MAY 22 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK